# UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand and fifteen,

_____

Edgar Sosa,

    Plaintiff - Appellant,

v.

Medstaff, Inc., Cross Country Healthcare, Inc., Cornell University, Weill Cornell Medical College, Adela Vargas, Individually, Guy Mazz, David Greene, Individually, Isabel Stanshine, Individually,

    Defendants - Appellees,

Ruben Niesvizky, Individually,

    Defendant.

_____

**ORDER**
Docket No: 14-3704

    Counsel for APPELLEE Cross Country Healthcare, Inc., David Greene, Medstaff, Inc., and Isabel Stanshine has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 14, 2015 as the brief filing date.

    It is HEREBY ORDERED that Appellee's brief must be filed on or before April 14, 2015. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

